# Third District Court of Appeal

## State of Florida

Opinion filed June 15, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2010
Lower Tribunal No. 20-21458
_____

**Health First, Inc.,**
Appellant,

vs.

**Corporate Financial, Inc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Carlton Fields, P.A., and Dean A. Morande (West Palm Beach) and Roger S. Kobert, for appellant.

Fowler White Burnett, P.A., and Dino G. Galardi, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Operis Grp., Corp. v. E.I. at Doral, LLC, 973 So. 2d 485, 489 (Fla. 3d DCA 2007) (confirming that a challenge to the validity of an arbitration agreement, based on the making of and existence of a written agreement between the parties, is to be resolved by the trial court).  See also CT Miami, LLC v. Samsung Elecs. Latinoamerica Miami, Inc., 201 So. 3d 85, 92–93 (Fla. 3d DCA 2015) (holding that challenges to either party's agreement to the contract in the first instance, including those that allege that a subsequent contract superseded and invalidated a prior contract containing an arbitration provision, are exclusively to be determined by the trial court).